Bar Docket No. 14490

In the Matter of YEHLEN D. BROOKS, f/k/a MARY YEHLEN
BROOKS, *Respondent.*
(345 P.3d 258)

In a letter signed February 14, 2015, addressed to the Clerk of
the Appellate Courts, respondent Yehlen D. Brooks, f/k/a Mary
Yehlen Brooks, an attorney admitted to practice law in Kansas,
voluntarily surrendered her license to practice law in Kansas, pur-
suant to Supreme Court Rule 217 (2014 Kan. Ct. R. Annot. 403).

At the time the respondent surrendered her license, a formal
hearing was pending regarding five docketed disciplinary com-
plaints filed in connection with her practice of immigration law in
California. The complaints alleged that the respondent violated
Kansas Rules of Professional Conduct 1.1 (2014 Kan. Ct. R. Annot.
456) (competence); 1.3 (2014 Kan. Ct. R. Annot. 475) (diligence);
1.4 (2014 Kan. Ct. R. Annot. 495) (communication); 1.5 (2014 Kan.
Ct. R. Annot. 515) (fees); 1.15 (2014 Kan. Ct. R. Annot. 567) (safe-
keeping property); 1.16 (2014 Kan. Ct. R. Annot. 583) (termination
of representation); 8.1 (2014 Kan. Ct. R. Annot. 670) (bar admis-
sion and disciplinary matters); and 8.4 (2014 Kan. Ct. R. Annot.
680) (misconduct).

This court, having examined the files of the office of the Disci-
plinary Administrator, finds that the surrender of the respondent's
license should be accepted and that the respondent should be dis-
barred.

IT IS THEREFORE ORDERED that Yehlen D. Brooks, f/k/a Mary
Yehlen Brooks, be and she is hereby disbarred from the practice
of law in Kansas, and her license and privilege to practice law are
hereby revoked.

IT IS FURTHER ORDERED that the Clerk of the Appellate Courts
strike the name of Yehlen D. Brooks, f/k/a Mary Yehlen Brooks
from the roll of attorneys licensed to practice law in Kansas.

IT IS FURTHER ORDERED that this order shall be published in the Kansas Reports, that the costs herein shall be assessed to the respondent, and that the respondent forthwith shall comply with Supreme Court Rule 218 (2014 Kan. Ct. R. Annot. 414).

Dated this 2nd day of March, 2015.